# United States District Court

## Southern District of Georgia

| | |
|---|---|
| DYMOND ELDER | Case No.  4:21cv129 |
| Plaintiff | |
| v. | Appearing on behalf of |
| UNITED STATES OF AMERICA | PLAINTIFF |
| Defendant | (Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 7th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   Michael F. Braun

Business Address:
Firm/Business Name

5016 Centennial Blvd., Ste. 200
Street Address

_____  Nashville   TN   37209
Street Address (con't)   City   State   Zip

_____
Mailing Address (if other than street address)

_____   _____   _____   _____
Address Line 2   City   State   Zip

(615) 378-8942       078492
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   mfb@braun-law.com