IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DYMOND ELDER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL ACTION NO.: 4:21-cv-129 |

**O R D E R**

Before the Court is a Stipulation of Dismissal signed and filed by counsel for both Plaintiff and Defendant on April 24, 2022, wherein the parties stipulate to the dismissal of this case with prejudice. (Doc. 24.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action **WITH PREJUDICE**. The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 2nd day of May, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA